Antonio CORTES–VENCE, Petitioner—Appellant,

v.

Tom RIDGE, Secretary of the Department of Homeland Security; et al., Respondents—Appellees.

No. 05–55095.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Brian D. Lerner, Esq., Law Offices of Brian D. Lerner, Long Beach, CA, for Petitioner–Appellant.

Alarice M. Medrano, Esq., Los Angeles, CA, for Respondents–Appellees.

Before: T.G. NELSON, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM**

Appellees's motion to dismiss for lack of jurisdiction is construed as a motion for summary affirmance. A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**